# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14-cv-221

| | |
|---|---|
| **MARK ANTHONY HUDSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **CSX TRANSPORTATION, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on Brian A. Buchanan's Application for Admission to Practice *Pro Hac Vice* of John A. Moss. It appearing that John A. Moss is a member in good standing with the Georgia State Bar and will be appearing with Brian A. Buchanan, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Brian A. Buchanan's Application for Admission to Practice *Pro Hac Vice* (#3) of John A. Moss is **GRANTED**, and

that John A. Moss is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Brian A. Buchanan.

Signed: September 18, 2014

Dennis L. Howell
United States Magistrate Judge